UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

---

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **December 6, 2008
DeLaHoya/Pacquaio** Program,

                    Plaintiff,

-against-

CHRISTOPHER R. GALLANT, HENRY OSHEFSKY a/k/a HENRY OSHELFSKY, NICHOLAS DEROCHE and HENRY PAUL, Individually, and as officers, directors, shareholders and/or principals of CHICKEN HAWK INC. d/b/a THE HEN HOUSE a/k/a THE HEN HOUSE SPORTS BAR & GRILLE a/k/a HEN HOUSE SPORTS BAR & GRILL, and CHICKEN HAWK INC. d/b/a THE HEN HOUSE a/k/a THE HEN HOUSE SPORTS BAR & GRILLE a/k/a HEN HOUSE SPORTS BAR & GRILL,

                    Defendants.

---

ORDER FOR DISMISSAL
WITHOUT PREJUDICE
Civil Action No.1:09-CV-124-JL

The above-styled and numbered cause of action having been filed with the Court, and the plaintiffs motion for dismissal dated April 29, 2009 having been considered it is, therefore,

**ORDERED** that the above matter pertaining to all defendants, CHRISTOPHER R. GALLANT, HENRY OSHEFSKY a/k/a HENRY OSHELFSKY, NICHOLAS DEROCHE and HENRY PAUL, Individually, and as officers, directors, shareholders and/or principals of CHICKEN HAWK INC. d/b/a THE HEN HOUSE a/k/a THE HEN HOUSE SPORTS BAR & GRILLE a/k/a HEN HOUSE SPORTS BAR & GRILL, and CHICKEN HAWK INC. d/b/a THE HEN HOUSE a/k/a THE HEN HOUSE SPORTS BAR & GRILLE a/k/a HEN HOUSE SPORTS

BAR & GRILL, be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and it is further

**SO ORDERED** this

4th day of May, 2009

_____
HON. JOSEPH LaPLANTE
UNITED STATES DISTRICT JUDGE